THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HERSCHEL CARUTHERS, Defendant-Appellant.

(No. 53970; ▮▮▮▮▮▮)

First District—December 21, 1970.

Opinion delivered by Mr. JUSTICE SCHWARTZ.

Gerald W. Getty, Public Defender, of Chicago, (Harold A. Cowen, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.